Certificate Number: 05781-PAE-DE-029885122

Bankruptcy Case Number: 17-14614



05781-PAE-DE-029885122

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2017, at 6:06 o'clock PM PDT, Mary Hardy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 16, 2017           By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President