Certificate Number: 05781-PAE-DE-029885123

Bankruptcy Case Number: 17-14614



05781-PAE-DE-029885123

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 16, 2017</u>, at <u>6:06</u> o'clock <u>PM PDT</u>, <u>Eugene Hardy Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 16, 2017               By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President