# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14614-MDC

EUGENE F HARDY JR
MARY S HARDY
138 LILLY ROAD

HONEY BROOK, PA 19344

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    EUGENE F HARDY JR
    MARY S HARDY
    138 LILLY ROAD

    HONEY BROOK, PA 19344

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 9/25/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee