U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Eugene F. Hardy           :        Chapter 13
        and Mary S. Hardy         :
                Debtors          :        Bankruptcy No.: 17-14614-mdc
_____:

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' proposed Amended Chapter 13 Plan dated and docketed January 31, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on January 31, 2018:*

Scott Powell, CEO
Santander Bank, N.A.
3 Huntington Quadrangle, Suite 101N
Melville, NY 11747

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on January 31, 2018:*

Angela Sheffler Abreu, Esquire on behalf of Northwest Savings Bank
AAbreu@nwbcorp.com, Angela.Abreu@northwest.com

Rebecca Ann Solarz on behalf of Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: January 31, 2018    Counsel for Debtors