```
                    UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                              3/27/18
```

To: JOSEPH L QUINN
152 E. High Street, Suite 100
Pottstown, PA 19464

                         In re: Eugene F. Hardy, Jr.
                                Mary S. Hardy
                         Bankruptcy No.  17-14614-mdc
                         Adversary No.
                         Chapter 13

         Re: Application for Compensation

The above pleading was filed in this office on 2/23/18.  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

          ()    Affidavit
          ()    Certificate of Service
          (xx)  Certification of no response
          ()    Notice pursuant to Rule 9019
          ()    Notice pursuant to Rule 2002
          ()    Notice pursuant to Rule 3007.1
          ()    Proof of Claim number not noted on
                objection pursuant to Rule 3007.1(a)
          ()    Proposed Order
          ()    Stipulation
          ()    Certification of Default
          ()    $30.00 Filing Fee for Amendments
          ()    $25.00 Claims Transfer Fee
          ()    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within ten (10) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                         Timothy B. McGrath
                         Clerk

                         By:  ___C. Wagner_____
                              Deputy Clerk

status.frm
(rev. 4/26/13)