## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.  17-14614-MDC |
| | ) | |
| Eugene F. Hardy, Jr. & Mary S. Hardy f/k/a Mary S. Madriggle f/k/a Mary S. Shaeffer, | ) ) ) | CHAPTER 13 MOTION NO. |
| | ) | |
| Debtors. | ) | **DATE OF HEARING:  October 23, 2018** |
| _____ | ) ) | **TIME OF HEARING:  10:30 a.m.** **PLACE OF HEARING:** |
| Northwest Bank f/k/a Northwest Savings Bank, | ) ) | **U.S. Bankruptcy Court** **Robert N.C. Nix Federal Courthouse** |
| | ) | **Courtroom No. 2** |
| Movant, | ) ) | **900 Market Street** **Philadelphia, PA  19107** |
| vs. | ) | |
| | ) | |
| Eugene F. Hardy, Jr. & Mary S. Hardy f/k/a Mary S. Madriggle f/k/a Mary S. Shaeffer, Debtors; and William C. Miller, Trustee, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant has filed a Motion for Relief from the Automatic Stay with the Court regarding real property located at 138 Lilly Road, Honey Brook, PA  19344.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your view on the Motion, then on or before **October 18, 2018**, you or your attorney must do **ALL** of the following:

a) file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) mail a copy to the Movant's attorney:

David W. Raphael, Esquire
Grenen & Birsic, P.C.
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
Phone:  412-281-7650
Fax:  412-281-1763
E-mail:  draphael@grenenbirsic.com

William Miller, Trustee
P O Box 1229
Philadelphia, PA  19105
E-mail:  ecfemails@ph13trustee.com

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
E-mail:  USTPRegion03.PH.ECF@usdoj.gov

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on October 23, 2018 at 10:30 a.m., in Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

DATE:    10/04/2018