## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 17-14614-MDC |
| | ) |
| Eugene F. Hardy, Jr. & Mary S. Hardy | ) CHAPTER 13 |
| f/k/a Mary S. Madriggle f/k/a Mary S. | ) |
| Shaeffer, | ) MOTION NO. |
| | ) |
| Debtors. | ) **DATE OF HEARING: October 23, 2018** |
| | ) **TIME OF HEARING: 10:30 a.m.** |
| | ) **PLACE OF HEARING:** |
| Northwest Bank f/k/a Northwest Savings | ) **U.S. Bankruptcy Court** |
| Bank, | ) **Robert N.C. Nix Federal Courthouse** |
| | ) **Courtroom No. 2** |
| Movant, | ) **900 Market Street** |
| | ) **Philadelphia, PA 19107** |
| vs. | ) |
| | ) |
| Eugene F. Hardy, Jr. & Mary S. Hardy | ) |
| f/k/a Mary S. Madriggle f/k/a Mary S. | ) |
| Shaeffer, Debtors; and William C. Miller, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

## ORDER OF COURT

AND NOW, this __23RD__ day of __October__, 20_18_, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of Northwest Bank f/k/a Northwest Savings Bank, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is granted and *[in rem relief]* the automatic stay is terminated as it affects the interests of Movant in the real property and improvements thereon commonly known as 138 Lilly Road, Honey Brook, PA 19344.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P., is hereby waived.

BY THE COURT:

Magdeline D. Coleman
U.S. Bankruptcy Judge

cc:     David W. Raphael, Esquire
        Grenen & Birsic, P.C.
        One Gateway Center, 9th Floor
        Pittsburgh, PA 15222

        William Miller, Trustee
        P O Box 1229
        Philadelphia, PA 19105
        E-mail: ecfemails@ph13trustee.com

        U.S. Trustee
        Office of the U.S. Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107
        E-mail: USTPRegion03.PH.ECF@usdoj.gov

        Eugene F. Hardy, Jr. & Mary S. Hardy, Debtors
        138 Lilly Road
        Honey Brook, PA 19344

        Joseph L. Quinn, Esquire
        The Law Office of Stephen Ross PC
        152 E High Street, Suite 100
        Pottstown, PA 19464
        E-mail: CourtNotices@sjr-law.com