**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 17-14614-MDC |
| | ) | |
| Eugene F. Hardy, Jr. & Mary S. Hardy f/k/a Mary S. Madriggle f/k/a Mary S. Shaeffer, | ) ) | CHAPTER 13 |
| | ) | RELATED TO DOCKET NO. 55 |
| Debtors. | ) | |
| | ) | |
| Northwest Bank f/k/a Northwest Savings Bank, | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Eugene F. Hardy, Jr. & Mary S. Hardy f/k/a Mary S. Madriggle f/k/a Mary S. Shaeffer, Debtors; and William C. Miller, Trustee, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   October 25   , 20 18  .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Eugene F. Hardy, Jr. & Mary S. Hardy, Debtors
138 Lilly Road
Honey Brook, PA  19344

**SERVICE BY ELECTRONIC NOTIFICATION**
Joseph L. Quinn, Esquire
The Law Office of Stephen Ross, PC
152 E. High Street, Suite 100
Pottstown, PA  19464
E-mail:  CourtNotices@sjr-law.com

William C. Miller, Trustee
P O Box 1229
Philadelphia, PA  19105
E-mail:  ecfemails@ph13trustee.com

US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
E-mail:  USTPRegion03.PH.ECF@usdoj.gov

|  |  |
|---|---|
| Dated:   10/25/18 | By:    /s/ David W. Raphael    |
|  | David W. Raphael, Esquire |
|  | PA ID No. 200598 |
|  | Attorney for Northwest Bank |
|  | One Gateway Center, 9th Floor |
|  | Pittsburgh, PA  15222 |
|  | 412-281-7650 |
|  | Fax:  412-281-7657 |
|  | E-mail:  draphael@grenenbirsic.com |