United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14614-mdc
Eugene F. Hardy, Jr.                                                    Chapter 13
Mary S. Hardy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Oct 23, 2018
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db/jdb         +Eugene F. Hardy, Jr.,    Mary S. Hardy,    138 Lilly Road,    Honey Brook, PA 19344-9069
14208610        Northwest Bank,    100 Liberty Street,    Indiana, PA  15701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              ANGELA SHEFFLER ABREU    on behalf of Creditor    Northwest Savings Bank AAbreu@nwbcorp.com,
               Angela.Abreu@northwest.com
              DAVID W. RAPHAEL    on behalf of Creditor    Northwest Savings Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              JOSEPH L QUINN    on behalf of Joint Debtor Mary S. Hardy CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Eugene F. Hardy, Jr. CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 17-14614-MDC |
| | ) |
| Eugene F. Hardy, Jr. & Mary S. Hardy | ) CHAPTER 13 |
| f/k/a Mary S. Madriggle f/k/a Mary S. | ) |
| Shaeffer, | ) MOTION NO. |
| | ) |
| Debtors. | ) DATE OF HEARING: October 23, 2018 |
| | ) TIME OF HEARING: 10:30 a.m. |
| | ) PLACE OF HEARING: |
| Northwest Bank f/k/a Northwest Savings | ) U.S. Bankruptcy Court |
| Bank, | ) Robert N.C. Nix Federal Courthouse |
| | ) Courtroom No. 2 |
| Movant, | ) 900 Market Street |
| | ) Philadelphia, PA 19107 |
| vs. | ) |
| | ) |
| Eugene F. Hardy, Jr. & Mary S. Hardy | ) |
| f/k/a Mary S. Madriggle f/k/a Mary S. | ) |
| Shaeffer, Debtors; and William C. Miller, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

### ORDER OF COURT

AND NOW, this __23rd__ day of __October__, 20_18_, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of Northwest Bank f/k/a Northwest Savings Bank, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is granted _in rem relief_ and the automatic stay is terminated as it affects the interests of Movant in the real property and improvements thereon commonly known as 138 Lilly Road, Honey Brook, PA 19344.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P., is hereby waived.

BY THE COURT:

*Magdeline D. Coleman*
Magdeline D. Coleman
U.S. Bankruptcy Judge

cc:  David W. Raphael, Esquire
Grenen & Birsic, P.C.
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

William Miller, Trustee
P O Box 1229
Philadelphia, PA 19105
E-mail: ecfemails@ph13trustee.com

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
E-mail: USTPRegion03.PH.ECF@usdoj.gov

Eugene F. Hardy, Jr. & Mary S. Hardy, Debtors
138 Lilly Road
Honey Brook, PA 19344

Joseph L. Quinn, Esquire
The Law Office of Stephen Ross PC
152 E High Street, Suite 100
Pottstown, PA 19464
E-mail: CourtNotices@sjr-law.com