United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14614-mdc
Eugene F. Hardy, Jr.                                                    Chapter 13
Mary S. Hardy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1              Date Rcvd: Mar 29, 2019
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db/jdb         +Eugene F. Hardy, Jr.,    Mary S. Hardy,    138 Lilly Road,    Honey Brook, PA 19344-9069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              ANGELA SHEFFLER ABREU    on behalf of Creditor    Northwest Savings Bank AAbreu@nwbcorp.com,
               Angela.Abreu@northwest.com
              DAVID W. RAPHAEL    on behalf of Creditor    Northwest Savings Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              JOSEPH L QUINN    on behalf of Debtor Eugene F. Hardy, Jr. CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Mary S. Hardy CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Eugene F. Hardy, Jr. and Mary S. Hardy | | Chapter 13 |
| Debtor(s) | | BK No. 17-14614-mdc |

### O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00.**

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$67.00.**

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $1,500.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

March 29, 2019

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE